IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**QUINTON SETTLES**                                                                                            **PETITIONER**
**ADC #160480**

**VS.**                                                  **4:18-CV-00881-BRW-BD**

**ARKANSAS, STATE OF**                                                              **RESPONDENT**

## ORDER

I have reviewed the Recommended Disposition (Doc. No. 7) filed by Magistrate Judge Beth Deere. Petitioner Quinton Settles has not filed any objections to the Recommendation. After careful consideration, I adopt the Recommendation. Accordingly, Mr. Settles's petition for writ of habeas corpus (Doc. No. 1) is DENIED and DISMISSED, without prejudice.

IT IS SO ORDERED this 23rd day of January, 2019.

                                                                    /s/ Billy Roy Wilson _____
                                                                    UNITED STATES DISTRICT JUDGE