# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**QUINTON SETTLES**                                                                 **PETITIONER**
**ADC #160480**

**VS.**                         **4:18-CV-881-BRW-BD**

**ARKANSAS, STATE OF**                                                 **RESPONDENT**

## JUDGMENT

Based on the Order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 23rd day of January, 2019.

                                              /s/ Billy Roy Wilson _____
                                              UNITED STATES DISTRICT JUDGE